IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

DOMINIQUE VAUGHAN,

    Plaintiff,

v.                                                                                       Civil Action No. 3:16CV141

HAMPTON ROADS REGIONAL JAIL, *et al.*,

    Defendants.

## MEMORANDUM OPINION

By Memorandum Order entered on March 22, 2016, the Court conditionally docketed Plaintiff's action. At that time, the Court warned Plaintiff that he must keep the Court informed as to his current address if he was released. On December 16, 2016, the Court received a letter from Plaintiff's place of incarceration indicating that Plaintiff had been permanently released. Since that date, Plaintiff has not contacted the Court to provide a current address. Plaintiff's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. *See* Fed. R. Civ. P. 41(b). Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order shall accompany this Memorandum Opinion.

                                                                                        /s/
                                                               M. Hannah Lauck
                                                               United States District Judge

Date: FEB 2 1 2017
Richmond, Virginia